TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4443
    Facsimile:  (213) 894-0141
    E-mail:     lindsey.dotson@usdoj.gov
MICHAEL J. SONGER
Trial Attorney
Department of Justice Civil Rights Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>WILLIAM STEPANYAN and<br>HARUTYUN HARRY CHALIKYAN,<br><br>        Defendants. | No. CR 21-00188-SVW<br><br>VICTIM IMPACT STATEMENTS<br><br>Hearing Date: March 7, 2022<br>Hearing Time: 1:30 p.m.<br>Location:     Courtroom of the<br>              Hon. Stephen V.<br>              Wilson |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Assistant United States Attorney Lindsey Greer Dotson, and Department of Justice Trial Attorney Michael J. Songer, hereby files Victim Impact Statements.  The government received these statements today, March 4, 2022, and is filing them immediately with the Court in advance of sentencing on Monday, March 7, 2022.

Dated: March 4, 2022                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                         */s/ Lindsey Greer Dotson*
                                        LINDSEY GREER DOTSON
                                        Assistant United States Attorney

                                        MICHAEL J. SONGER
                                        Department of Justice Trial Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

# ATTACHMENT A

## [VICTIM IMPACT STATEMENTS]

## VICTIM IMPACT STATEMENT

Victim: T███ F█████
USAO Number: ██████
Court Docket Number: 21-CR-00188

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Please view attached form

<u>**UNITED STATES v.**</u> _____

**COURT DOCKET NUMBER** _____

VICTIM NAME:_____ F█████T█████_____

### INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

_____

Please See Attached
_____

_____

_____

_____

_____

_____

_____

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

_____

Please See Attached
_____

_____

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

_____

Please See Attached
_____

_____

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME

Do you relate to people differently since the crime?  Please explain.

Please See Attached

How has the crimes affected you and your family's lifestyle?  Please explain.

Please See Attached

Has the crime affected your family's livelihood?  Please explain.

Please See Attached

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

____ Anger  ____ Anxiety  ____ Fear  ____ Grief  ____ Guilt  ____ Numb  ____ Chronic Fatigue

____ Sleep Loss  ____ Nightmares  ____ Appetite Change  ____ Unsafe  ____ Uncontrolled Crying

____ Trouble Concentrating  ____ Repeated Memory of Crime  ____ Depression

Please describe any other reactions to the crime committed.

Please See Attached

Do you feel the defendant is or will be a threat to you, your family or the community?

____ Yes  ____ No, Please explain.

Please See Attached

## VICTIM IMPACT STATEMENT /FINANCIAL CRIME

What else would you like the Judge to know about the defendant, or your situation as a result of the crime?

Please See Attached

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Please See Attached

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

Please See Attached

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

Please See Attached

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

Please See Attached

## VICTIM IMPACT STATEMENT /FINANCIAL CRIME

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense.  Please be specific and attach copies of receipts if possible.

Please See Attached

Signature: _____

Printed Name: _____

Date: _____

**CONFIDENTIAL**

United States v. _____

Case Number: _____

The address and telephone contact information provided below will only be provided to the presentence probation officer, and the United States Attorney's Office, unless a court order signed by the Judge authorizes the release of this page to the Court and attorney for the defendant.

Printed Name: _____

Signature: _____

Address: _____

Phone: (hm)_____ (wk)_____

Fax: _____ E-Mail: _____

**VICTIM IMPACT STATEMENT**
**F███ T█**
**OWNER █████████**
United States v. William Stepanyan
United States v. Harry Chalikyan

1. I, F███ T██ am a Turkish American immigrant. My wife, A███ A███, and I are the co-owners of ██████, located at ████████████████ California. My English is improving every day, but this statement is a translation of my statement from Turkish.

2. I am the victim of hate crimes committed by Mr. William Stepanyan, Mr. Harry Chalikyan and a group of Armenian men who they organized and led in an attack against my business, my family, my employees, and me -- simply because we are Turkish and because they hate people of Turkish heritage.

3. My wife and I have three sons -- S████████ My wife and I were born in Turkey and are members of the Muslim Alevi religious minority, which faces some challenges of acceptance in the majority Sunni country. In the big picture, Turkey is a land of tremendous ethnic and religious diversity, and as business owners, my wife and I had great interactions and relations with the full spectrum of Turkish national diversity, including Armenians.

4. We then moved to Saudi Arabia to start businesses in spas and hair salons, but in time it became unbearably difficult to run businesses and live freely and safely as secular Turkish immigrants. My family and I virtually escaped from Saudi Arabia to America with great hope of equality and acceptance. This hope was all but completely shattered on the night of November 4, 2020, when Stepanyan, Chalikiyan and their group attacked us.

5. Before the attack, it was a quiet Wednesday evening at ████████. It was around 8pm and we were closing our in-person dining. The front door was still unlocked. My wife and I were having some Turkish tea and working on our bookkeeping. We were slowly ending the workday, and we were all very tired and ready to retire for the night. But everything in our lives changed permanently in an instant as we were surrounded and attacked by unleashed hatred.

6. Stepanyaan, Chalikyan and their group converged on my restaurant. While the group of ten or so outside the restaurant threw around our sidewalk café tables and chairs, and yelled racial slurs, our security camera footage shows Stepanyan and Chalikyan rushing into the restaurant and immediately destroying property, including throwing tables, chairs, ripping out the telephone and cash register, and endangering and assaulting me, my family, and my employees.

7. As Stepanyan and Chalikyan raided our restaurant, they yelled racial slurs against us and threats to kill Turkish people. At first, my wife, employees and I were in shock, as we did not understand and could not make sense of what was happening amidst the chaotic yelling and violence.

8. Stepanyan walked swiftly and the first attacked my wife and one of my employees who were sitting near the reception desk that he was destroying. We all suddenly woke up to the reality that our lives were in danger -- that this was really happening. I had never felt such extreme fear, such extreme distress, and such a survival instinct surging through my body and mind. It was surreal. It was real terror. Fight or flight – we chose to flee from danger, but where, how?

9. As the front of the restaurant was blocked by the violent group of men, our only escape was the back emergency exit. We were forced to flee out of the reception desk area into Stepanyaan and Chalikyan path of destruction and violence. I shielded my wife and employee from their violence as we ran toward the back corridor. As we ran into the corridor leading to the emergency exit, Stepanyan threw a chair, hitting me in the back. It was blunt and forceful impact that knocked me against the wall. Have you ever heard the sound of terror? I will never forget my wife's screams as she ran away from Stepanyan down the corridor. Have you ever tried to run in a nightmare and your legs just drag? To me, it felt that the corridor was getting longer and longer, and the walls were closing in on us. Eventually, we pushed through the emergency exit and threw ourselves into the back alley, only to find that the egresses from the alley were blocked by groups of men on both sides.

10. The groups of men at either end of the alley started to yell, "There they are -- Fucking Turks!", as if they were lying in wait. Their silhouettes grew as they converged upon us with rage. We darted into the back area of an apartment complex that was across from the back of our restaurant. I struggled to open the gate to the back area as the group of men got closer. Finally, I pushed through the gates and we all ran straight for the apartment stairs. We rushed up to the first apartment we could reach. I knocked on the door frantically, keeping my eyes on the converging pack of men that had already reached the gates. The occupants of the apartment opened the door, and seeing our dire situation, immediately took us inside, sheltering us. Refugees in our new homeland, we called 911 for help. We also called the Turkish Consulate in Los Angeles.

11. The aftermath of these hate crimes has been very difficult, as we feel we are living in a lawless society that has been taken over by racists and extremists. I do not feel safe, and I am deeply worried all the time for the safety of my family and remaining employee. All my other employees quit their jobs out of fear for their safety. I am haunted by the memories of that night and hunted by my fears and worries. Today, we lock the restaurant doors immediately after customers leave. I used to take the shortcut home through the back alley, which is now in my nightmares. Now, I take the long way home through lighted streets. I feel vulnerable and am on constant watch for suspicious persons or unrecognized vehicles parked in front of our restaurant or home. I look over my shoulder wherever I go, especially when walking home from the restaurant late at night. I fear answering the telephone, whereas as restaurant owners we must do so to take reservations, food orders, and accept deliveries of food. People call us to leave voicemails or directly threaten us to "drop the case" and keep our mouths shut. It is terror to hear these callers support Stepanyan and Chalikyan and consider them victims who are justified in their attacks against me and my family.

12. As a result of the hate crimes of Stepanyan and Chalikyan, I suffer from fear, anxiety, insomnia, and depression. It is a hard struggle to regain happiness and move forward when your mental and emotional state is so damaged. Our trauma counseling and therapy session have been a long process.

13. I try to keep a positive face and attitude at the restaurant and at home. The restaurant business is very difficult to start with. A good restaurant must please customers with good food, good service, and a pleasant and safe environment. However, due to Stepanyan's and Chalikyan's hate crimes, we lost so many customers and so much business. The economic recovery has been extremely slow and painful. Life is expensive and making a living is even more difficult for the small business owner.

14. We believe in God and the free will of people to do good. We feel comforted by growing numbers of courageous Americans who stand with us against hatred. They stand with us for equality, justice, solidarity in American diversity and the American Dream. The world is watching, so it is important to be strong and send the right message of peace and justice.

15. My family wants to believe that the Stepanyan-Chalikyan attack is out of the ordinary – so extraordinarily vulgar that it will never happen again either in ████████ or anywhere, either to Turkish Americans or anyone. We want to recover physically, mentally, and emotionally, and resume our normal personal and businesses lives – just like it used to be.

TO: These hate crimes we suffered are inexcusable and should be punished with the most severe criminal sentences available under the law. Serious sentences and serious rehabilitation are necessary, not only to punish but also to protect innocent people from acts of hatred and violent extremism in the future.

17. I am thankful to my Armenian friends who have stood by me and my famil. I believe that the majority of Armenian Americans do not support what happened. I am thankful to our trauma counselors and social workers who are helping us deal with the aftermath. I am thankful to the Beverly Hills Police Department and United States Department of Justice who took this act of racism and hatred seriously and are protecting me and my family. I am thankful to the Turkish American Legal Defense Fund and Turkish American National Steering Committee Hate Crimes Hotline. I am thankful to the Association of Turkish Americans of Southern California for their moral support. And I am thankful to the Turkish Consulate General in Los Angeles, who has lost three diplomats to Armenian terrorist groups, and who were fast to respond at the scene of the hate crime.

**Respectfully Submitted:**



**Victim Impact Statement**

F████ T███ **Owner of** ████████

**Page 1 of 5**

# VICTIM IMPACT STATEMENT

Victim: A█████ A█████
USAO Number: █████████
Court Docket Number: 21-CR-00188

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Please view attached form

**UNITED STATES v.** _____

**COURT DOCKET NUMBER** _____

VICTIM NAME:_____ A▇▇ A▇▇▇ _____

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

Please See Attached

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

Please See Attached

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.

Please See Attached

Page 2

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME

Do you relate to people differently since the crime?  Please explain.  _____

_____

<u>Please See Attached</u>

_____

How has the crimes affected you and your family's lifestyle?  Please explain._____

_____

<u>Please See Attached</u>

Has the crime affected your family's livelihood?  Please explain._____

_____

<u>Please See Attached</u>

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

____ Anger   ____ Anxiety   ____ Fear   ____ Grief   ____ Guilt   ____ Numb   ____ Chronic Fatigue

____ Sleep Loss   ____ Nightmares   ____ Appetite Change   ____ Unsafe   ____ Uncontrolled Crying

____ Trouble Concentrating   ____ Repeated Memory of Crime   ____ Depression

Please describe any other reactions to the crime committed._____

_____

<u>Please See Attached</u>

Do you feel the defendant is or will be a threat to you, your family or the community?

____ Yes   ____ No, Please explain._____

_____

<u>Please See Attached</u>

## VICTIM IMPACT STATEMENT /FINANCIAL CRIME

What else would you like the Judge to know about the defendant, or your situation as a result of the crime?

<u>Please See Attached</u>

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

<u>Please See Attached</u>

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

<u>Please See Attached</u>

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

<u>Please See Attached</u>

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

<u>Please See Attached</u>

## VICTIM IMPACT STATEMENT /FINANCIAL CRIME

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

<u>                          Please See Attached                           </u>

Signature: _____

Printed Name: _____

Date: _____

**CONFIDENTIAL**

United States v. _____

Case Number: _____

The address and telephone contact information provided below will only be provided to the presentence probation officer, and the United States Attorney's Office, unless a court order signed by the Judge authorizes the release of this page to the Court and attorney for the defendant.

Printed Name: __A███████ A█████████__

Signature: __████████████__

Address: ███████████████████████
████████████████████████████

Phone: (hm)_____ (wk)_____

Fax: _____ E-Mail: _____

**VICTIM IMPACT STATEMENT**
A███ A█████
**OWNER** █████████████
**United States v. William Stepanyan**
**United States v. Harry Chalikyan**

1. I, A███ A█████ am a Turkish American immigrant. My husband, F██ T███ and I are the co-owners of █████████ located at ████████████████████████, California. My husband and I have three sons -- ████████████████ My husband and I were born in Turkey. This statement is a translation of my statement from Turkish.

2. I am the victim of hate crimes committed by Mr. William Stepanyan, Mr. Harry Chalikyan and a group of Armenian men who they organized and led in an attack against my business, my family, my employees, and me -- simply because we are Turkish and because they hate people of Turkish heritage.

3. When you get a feeling that something bad is going to happen, you do your best to rationalize it out of your mind. You believe more knowledgeable and experienced people when they tell you nothing's going to happen. In the days leading to the November 4, 2020, attack by Stepanyan, Chalikyan and their gang, we had been receiving hostile telephone calls at our restaurant. The callers used racial slurs against us and threatened us. My oldest son██████nd I answered these calls. As we grew afraid and concerned, we reported the calls to the █████ █████Police Department. We were advised that the threats were probably not "true threats", meaning that the callers probably did not intend to carry out their threats.

4. At around 8pm, on Wednesday, November 4, 2020, as my husband and I were having some Turkish tea and working on our bookkeeping, Stepanyaan, Chalikyan and their gang converged upon our restaurant, yelling racial slurs and destroying property. While the group outside the restaurant threw around our sidewalk café tables and chairs, Stepanyan and Chalikyan rushed into the restaurant and immediately started destroying property, including throwing tables, chairs, ripping out the telephone and cash register, and endangering and assaulting me, my family, and my employees. I was hit in the head by one of the items Stepanyan pushed off the reception desk.

5. We did not know what to do, where to run, how to get passed Stepanyan and Chalikyan. The front of the restaurant was blocked by Stepanyan's men. Our only escape was the back emergency exit. We were forced to flee from of the reception desk area into Stepanyaan and Chalikyan path of destruction and violence. My husband escaped a punch by Stepanyan but was hit in the back by a chair Stepanyan threw at him as he tried to shield me and we ran toward the corridor to the back emergency exit.

6. When we finally pushed through the emergency exit and ran into the back alley, we were faced by groups of men on both sides of the alley. There was no way out, and they were coming at us, yelling racial slurs and threats. We ran across the alley to an apartment complex, through the back area, up the stairs, and to the first available apartment. My husband banged on the door for what seemed to be aa long time. The occupants finally opened the door, and after we told them that we were being attacked, they took us into their apartment.

7. I share my husband's account of the aftermath of this attack. Indeed, it has been very difficult and still we have not recovered physically, mentally, emotionally, and economically. First, I thank God that my children were not at the restaurant during this horrific attack. What might have happened to them? As their mother, I would have defended them and risked my life. Who would have cared for my children had my husband and I not been able to escape the violence of that night. We are alive now, but we are damaged by what happened and what could have happened.

8. As if the attack was not enough, in the days that followed the November 4, 2020, attack, threatening calls resumed. The callers accused my family of racism and blaming Armenians for the attack. Some crazily asserted that the attack was a Turkish plot to harm Armenians and gather sympathy for Turks. That nonsense stopped when Stepanyan was arrested.

9. This incident heightened my alertness to an unhealthy level – I cannot live my life in perpetual fear. As a result of the hate crimes of Stepanyan and Chalikyan, and their gang, I suffer from fear, anxiety, insomnia, and depression. Therapy and counseling do not seem to be working for me. I yearn for the day I will feel normal and happy again. I am worried that we will be attacked again – the hatred we experienced was very real. You would understand me if you could have seen the cold rage in Stepanyan's eyes and the sound of his voice as he screamed words of hatred.

10. The world is watching, so it is important for all of us, including this court, to be strong and send the right message of justice for not only me, my family and my employees, but all victims of hate crimes.

**Respectfully Submitted:**



**Victim Impact Statement**

A███ A███, **Owner of** ████████

**Page 2 of 6**

# VICTIM IMPACT STATEMENT

Victim: S███ T█████████
USAO Number: ████████
Court Docket Number: 21-CR-00188

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Please view attached form

<u>**UNITED STATES v.**</u> _____

**COURT DOCKET NUMBER** _____

VICTIM NAME: _____ S▮▮T▮ _____

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

_____

Please See Attached
_____

_____

_____

_____

_____

_____

_____

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

_____

Please See Attached
_____

_____

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.

_____

Please See Attached
_____

_____

Page 2

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME

Do you relate to people differently since the crime?  Please explain. _____

_____  _____

_____ Please See Attached _____

How has the crimes affected you and your family's lifestyle?  Please explain. _____

_____

_____ Please See Attached _____

Has the crime affected your family's livelihood?  Please explain. _____

_____

_____ Please See Attached _____

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

____ Anger ____ Anxiety ____ Fear ____ Grief ____ Guilt ____ Numb ____ Chronic Fatigue

____ Sleep Loss ____ Nightmares ____ Appetite Change ____ Unsafe ____ Uncontrolled Crying

____ Trouble Concentrating ____ Repeated Memory of Crime ____ Depression

Please describe any other reactions to the crime committed. _____

_____

_____ Please See Attached _____

Do you feel the defendant is or will be a threat to you, your family or the community?

____ Yes ____ No, Please explain. _____

_____

_____ Please See Attached _____

## VICTIM IMPACT STATEMENT /FINANCIAL CRIME

What else would you like the Judge to know about the defendant, or your situation as a result of the crime?

<u>Please See Attached</u>

_____

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

<u>Please See Attached</u>

_____

1.  Please list your actual financial losses from this crime.  List only those items for which you have not been or do not expect to be repaid.  Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

<u>Please See Attached</u>

_____

2.  Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case?  If yes, please explain.

<u>Please See Attached</u>

_____

3.  Have you or anyone on your behalf initiated civil action against any party as a result of this offense?  If yes, please state the case name, docket number and court of jurisdiction.

<u>Please See Attached</u>

_____

## VICTIM IMPACT STATEMENT /FINANCIAL CRIME

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

_____ Please See Attached _____

_____

_____

Signature: _____

Printed Name: _____

Date: _____

**CONFIDENTIAL**

United States v. _____

Case Number: _____

The address and telephone contact information provided below will only be provided to the presentence probation officer, and the United States Attorney's Office, unless a court order signed by the Judge authorizes the release of this page to the Court and attorney for the defendant.

Printed Name: _____

Signature: _____

Address: _____

_____

Phone: (hm)_____ (wk)_____

Fax: _____ E-Mail: _____

**VICTIM IMPACT STATEMENT**
S█ T█
**EMPLOYEE** ████████
United States v. William Stepanyan
United States v. Harry Chalikyan

1. I, S█ T█, am a Turkish American. My mother, A█ A█, and father, F█ T█ are co-owners of ████████ located at ████████ California. We are immigrants from Turkey. I help part-time at our family restaurant and study full-time in college.

2. I am the victim of hate crimes committed by Mr. William Stepanyan, Mr. Harry Chalikyan and a group of Armenian men who they organized and led in an attack against my parents and family's restaurant -- simply because we are Turkish and because they hate people who are Turkish.

3. On the night of the incident, November 4, 2020, I received a call from my brother: "Brother, there has been an attack on our restaurant. I can't find Mom and Dad". In that moment, my life flashed in front of my eyes with memories of my parents – caring, loving, fun, wise. I was overcome with dread that they may be dead or suffering. I felt guilty for not being by their side when the attack occurred. Every night I help my family at the restaurant, but that Wednesday night I was home studying. I rushed out of our home to the restaurant. I thought to myself -- robbery, burglary, shooter? Then, I remembered the telephone calls.

4. When I arrived at our restaurant, the criminals had cowardly escaped. However, the destruction they left behind was in plain sight – broken tables, chairs, telephone, cash register, pictures, paintings, plates, glasses – all over the floors. And the restaurant was devoid of all life – where were my parents? Our employees?

5. I remembered the telephone calls in the days leading to the attack. We were receiving hostile telephone calls at our restaurant. The callers used racial slurs against us and threatened us with bodily harm because we were Turkish. I answered most of these calls. They would threaten us and hang up. We grew afraid and concerned, so we reported the calls to the ████████ Police Department. We were advised that the threats were probably not "true threats", meaning that the callers probably did not intend to carry out their threats. But my mother said she had a feeling that something bad was going to happen.

6. As if the attack was not enough, in the days that followed the November 4, 2020, attack, threatening calls resumed. I answered the phones. The callers accused me and my family of racism and blaming Armenians for the attack. Some asserted that the attack was a Turkish plot to harm Armenians and gather sympathy for Turks. When Stepanyan was arrested, the calls stopped. I could not go to school. I could not study. I was fearful for myself and my family. I could not sleep. I was and continue to be on alert for suspicious persons, voices I may recognize from the threatening calls, and vehicles in front of our home or business that I don't recognize. Always looking over my shoulders, and of course the shoulders of my younger siblings and my parents. We are all in this together, but is has been a lonely, dangerous road to justice.

7. My mother is traumatized. I found my mother trembling in fear, crying. Her wounds were beyond skin deep. Her soul was assaulted when her body was assaulted with violence and her heart with screams of hatred. She could not speak. Her mind was confused. In the following

days, her jovial self deteriorated into a silent, fearful, downtrodden woman I could not recognize. She is still not herself, as her fear, anxiety, and depression over power her. She is silent, but to make us feel better, she tells us nothing's the matter and smiles. She does not realize how fast her smile fades away. But her eyes are sad. She holds me and my brothers long and hard, but it is not a missing. It is a mother's worry. I am sure all mothers and fathers could understand my mother if they were to put themselves through what cowardly Stepanyan and Chalikyan's attack did to our family.

8. I found my father trying to suppress his feelings in order to look strong and as the protector of the family. But his eyes told otherwise – he was sad, confused, afraid, and feeling that he had failed the family. What now? A homeland where you are not welcomed? Ruined business. Ruined life. Should we return to the motherland, Turkey?

9. No, we shall we stay and fight for justice. We shall rebuild our lives and our business, and give the ultimate response to hatred? This is what my mother and father decided. It is the difficult road, but our fighting Turkish spirit will carry us to recovery eventually, Insallah.

10. We did not deserve what Stepanyan and Chalikyan did. The world is watching, so it is important for all of us, including this court, to be strong and send the right message of justice for not only my family and our employees, but all victims of hate crimes. Please ensure a sentence that will protect and serve the people.
**Respectfully Submitted:**



S. T

**Victim Impact Statement**
S▮ T▮ **Owner of** ▮▮▮▮▮
**Page 1 of 5**